UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JILL ELLIS, TREDA BETH ANDERSON, and QUINTON WALLER, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | )  No.: 2:23-cv-143-TAV-CRW ) |
| VOLUNTEER STATE HEALTH PLAN, INC d/b/a BLUECARE TENNESSEE, | ) ) ) ) ) |
| Defendant. | ) |

**JUDGMENT ORDER**

For the reasons stated in the Memorandum Opinion entered contemporaneously with this Order, defendant's motion to dismiss [Doc. 17] is **GRANTED**, and defendant's motion to stay discovery [Doc. 20] is **DENIED as moot**. Plaintiffs' claims are **DISMISSED**, and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:
/s/ LeAnna R. Wilson
CLERK OF COURT